UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24037-CIV-SINGHAL/DAMIAN

KENYATTA HARMON,

    Plaintiff,

vs.

ADRIEL DOMINGUEZ,
ALFREDO GARCIA, and
AGUSTIN RODRIGUEZ

    Defendants.

_____/

## REPORT AND RECOMMENDATION FOLLOWING STATUS CONFERENCE

THIS CAUSE is before the Court following a Status Conference held January 5, 2022. This matter was referred to the undersigned by the Honorable Raag Singhal, United States District Judge, pursuant to an Order of Referral of all discovery matters in this action. [ECF No. 46]. *See* 28 U.S.C. § 636(b)(1).

The undersigned has considered the pertinent portions of the record and is otherwise fully advised in the premises. The undersigned also heard from counsel for the parties who appeared for a Status Conference on January 5, 2022. After hearing from counsel for the parties regarding the status of discovery and the need for additional time to prepare this case for trial, the undersigned recommends the Court modify the Pre-Trial Scheduling Order as set forth below.

The current *Case Management And Pre-Trial Scheduling Order When Plaintiff Is Proceeding Pro Se* (the "Scheduling Order"), entered on April 27, 2022 [ECF No. 28], provides that the deadline for all discovery is February 24, 2023, and the deadline for all dispositive motions is

March 11, 2023. A trial date has not been set by the Court. This matter was referred to the Volunteer Attorney Program on June 29, 2022 [ECF No. 41], and on December 13, 2022, attorneys Christopher M. Lomax, Esq., and Peter Shoemaker, Esq., filed a Notice of Appearance on behalf of Plaintiff as volunteer attorneys. [ECF No. 54].

At the Status Conference, the parties agreed that in light of the recent appearance of volunteer counsel for Plaintiff, there exists good cause to extend the discovery and dispositive motions deadlines.[1] The undersigned also notes that Plaintiff, who is currently incarcerated in state custody in Carrabelle, Florida, is scheduled to be transferred to a state holding facility in Doral, Florida in the coming weeks so that he may meet with his attorneys and attend an upcoming Status Conference before the undersigned.

Accordingly, finding good cause and based on the agreement of the parties, the undersigned hereby RECOMMENDS that the Pre-Trial Scheduling Order in this case be amended as follows:

1. The deadline to conduct all discovery be extended to July 14, 2023;
2. The deadline for expert disclosures, including all summaries and reports, be scheduled for August 14, 2023; and
3. The deadline for all dispositive motions be extended to August 31, 2023.

The parties will have **three (3) days**[2] from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable

---

[1] Although the parties filed their initial disclosures pursuant to the Scheduling Order, counsel for Plaintiff stated that he would advise the Court if there is a need to file amended or supplemental initial disclosures after he has had an opportunity to meet with Plaintiff.

[2] The undersigned has shortened the objection period in light of the agreement of the parties on the proposed modification to the Scheduling Order.

Raag Singhal, United States District Judge. Failure to file objections timely shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the Report except upon grounds of plain error if necessary in the interest of justice. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this 6th day of January 2023.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
Hon. Raag Singhal, *U.S. District Judge*
Counsel of Record