UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24037-CIV-SINGHAL/DAMIAN

KENYATTA HARMON,

    Plaintiff,

vs.

ADRIEL DOMINGUEZ, ALFREDO GARCIA,
and AGUSTIN RODRIGUEZ,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS MATTER** has come before the Court upon a Report and Recommendation Following Status Conference (DE [62]) filed on January 6, 2023, recommending that the Court modify its Pre-Trial Scheduling Order (DE [28]) to afford the parties additional time to conduct discovery. The Court has reviewed the entire file and record and has made a *de novo* review of the issues.

No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [62]) is **AFFIRMED** and **ADOPTED**.

2. The deadline to conduct all discovery is extended to **July 14, 2023.**

3. The deadline for expert disclosures, including all summaries and reports, is extended to **August 14, 2023.**

4. The deadline for all dispositive motions is extended to **August 31, 2023.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of February 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF